SEP 11 2025 PM2:53
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

HALEY ZIGAS,
10 Main Street, Unit 222
Berlin, CT 06037

Plaintiff, Civil Action No. _____

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
One Hartford Plaza
Hartford, CT 06155

Defendant.

---

COMPLAINT FOR WRONGFUL DENIAL OF SHORT-TERM AND LONG-TERM DISABILITY BENEFITS
UNDER ERISA (29 U.S.C. § 1132, ERISA § 502(a)(1)(B))

Plaintiff, by way of Complaint against Defendant, alleges as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq., and jurisdiction is proper under 29 U.S.C. § 1132(e).

2. Plaintiff, Haley Zigas, is a participant in the employee welfare benefit plan sponsored by PUMA North America, Inc., which provides both Short-Term Disability ("STD") and Long-Term Disability ("LTD") benefits insured and/or administered by Hartford Life and Accident Insurance Company ("Hartford").

3. Plaintiff ceased working due to serious medical conditions on or about June 15, 2023.

4. Plaintiff submitted a claim for STD benefits under Policy No. 697920, Claim No. 38838947. Hartford denied the claim and upheld the denial on appeal by final letter dated September 11, 2024.

5. Because Plaintiff remained disabled beyond the maximum STD period, she also submitted a claim for Long-Term Disability benefits under Claim No. 42263836. Hartford likewise denied and/or failed to pay LTD benefits.

6. Hartford's denial of both STD and LTD benefits was arbitrary, capricious, an abuse of

discretion, and contrary to the medical evidence and terms of the Plan.

7. As a result, Plaintiff has been wrongfully denied STD and LTD benefits due under the Plan.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Order Hartford to pay Plaintiff all STD and LTD benefits wrongfully denied under the Plan, including retroactive benefits owed for the period of disability beginning June 15, 2023;

B. Award Plaintiff attorney's fees and costs pursuant to 29 U.S.C. § 1132(g);

C. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted this 11th day of September, 2025.

*Haley Zigas*
Haley Zigas
10 Main Street, Unit 222
Berlin, CT 06037
Phone: 860-518-2320
Email: zigashaley@gmail.com

Pro Se Plaintiff